UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



JUDITH WOLVEN,

      Plaintiff

vs.

NETWORK SOLUTIONS, INC.,

      Defendant

_____/

Case No. 01-71340
Honorable John Corbett O'Meara
Magistrate Judge Carlson

**ORDER DENYING PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT AND GRANTING
DEFENDANT NETWORK SOLUTIONS, INC.'S
<u>APPLICATION FOR RELIEF FROM DEFAULT</u>**

At a session of said Court, held in the United States
District Court for the Eastern District of Michigan,
Southern Division, **MAR 1 5 2002**

On:_____

PRESENT: Hon. <u>John Corbett O'Meara</u>
          United States District Court Judge

      Plaintiff having filed a Motion for Default Judgment and Defendant Network Solutions,

Inc. having filed an Application for Relief from Default, the parties having appeared for oral

argument before the Court on March 1, 2002 and the Court being otherwise fully advised in the

premises;

      IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment be and the same

hereby is denied;



IT IS FURTHER ORDERED that Defendant Network Solutions, Inc.'s Application for

Relief from Default be and the same hereby is granted and the Default entered against Defendant

Network Solutions, Inc. is hereby set aside.

HONORABLE JOHN CORBETT O'MEARA
United States District Court Judge

Approved as to Form:

KERR, RUSSELL AND WEBER, PLC

By: _____

_____
JUDITH WOLVEN, Plaintiff
17459 Washington Court
Macomb, MI  48044

William A. Sankbeil (P19882)
Attorneys for Defendant Network Solutions, Inc.
Detroit Center
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
313.961.0200